

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief (in response to A.C.)   is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court